IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOE DAVID CHAVEZ JR.,

    Petitioner,

v.                                                 Case No. 22-cv-00770-MLG-JFR

GEORGE STEVENSON, Warden,
ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO,

    Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil habeas case.

Petitioner Joe David Chavez Jr.'s 28 U.S.C. § 2254 Habeas Corpus Petition, Doc. 1, is dismissed with prejudice to the extent that it challenges his convictions in Case No. D-1215-CR-2015-267; any successive claims in the Petition challenging Petitioner's convictions in Case No. D-1215-CR-2012-321 are dismissed without prejudice; and a certificate of appealability is denied.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA